# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
Central District of California

Case Number: 5:26-CV-03560-JGB-(ACCVX)

Plaintiff:
**CHARLES OROZCO, on behalf of himself and all similarly situated persons**

vs.

Defendant:
**POLITICO LLC, a Delaware limited liability company**

For:
Reuben D. Nathan
NATHAN & ASSOCIATES
2901 W. COAST HWY, STE. 200
NEWPORT BEACH, CA 92663

Received by AAA Attorney Services II, Inc. to be served on **POLITICO LLC, a Delaware limited liability company, CSC - LAWYERS INCORPORATING SERVICE, 2710 GATEWAY OAKS DRIVE, STE. 150N, SACRAMENTO, CA 95833**

I, AMBER WRIGHT, do hereby affirm that on the **20th day of July, 2026** at **12:40 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AND NOTICE OF INTERESTED PARTIES: NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; STANDING ORDER** with the date and hour of service endorsed thereon by me, to: **MADDIE BRIGHT** as **Registered Agent** at the address of: **CSC - LAWYERS INCORPORATING SERVICE, 2710 GATEWAY OAKS DRIVE, STE. 150N, SACRAMENTO, CA 95833** on behalf of **POLITICO LLC, a Delaware limited liability company**, and informed said person of the contents therein, in compliance with state statutes.

## RETURN OF SERVICE For 5:26-CV-03560-JGB-(ACCVX)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

**AMBER WRIGHT**
2025-085
7/22/26

**Date**

**AAA Attorney Services II, Inc.**
**P.O. Box 2309**
**Orange, CA 92859**
**(714) 633-4167**

Our Job Serial Number:
ACA-2026002196 Ref: POLITICO LLC
Service Fee: $104.20

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0d