Yamili F. Gonzalez (SBN 327820)
**SQUIRE PATTON BOGGS (US) LLP**
yamili.gonzalez@squirepb.com
555 South Flower Street, 31st Floor
Los Angeles, California 90071
Telephone: +1 213 624 2500
Facsimile: +1 213 623 4581

*Counsel for Defendant Politico LLC*

SQUIRE PATTON BOGGS (US) LLP
555 S. Flower Street, 31st Floor
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES OROZCO,<br>Plaintiff,<br>v.<br>POLITICO LLC,<br>Defendant. | Case No. 5:26-cv-03560-JGB-ACCV<br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 7-1)**<br>Complaint served: July 20, 2026<br>Current response date: September 9, 2026<br>New response date: October 9, 2026 |

Having reviewed and considered the Stipulation to Extend Time to Respond to Initial Complaint ("Stipulation"), between Plaintiff Charles Orozco and Defendant Politico LLC ("Defendant"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

The deadline for Defendant to answer or otherwise respond to the Complaint in the above-captioned matter is **EXTENDED** to and including **October 9, 2026**.

**IT IS SO ORDERED.**

Dated: September 15, 2026

Hon. Jesus G. Bernal
UNITED STATES DISTRICT JUDGE

SQUIRE PATTON BOGGS (US) LLP
555 S. Flower Street, 31st Floor
Los Angeles, CA 90071