Reuben D. Nathan, Esq. (SBN 208436)
**NATHAN & ASSOCIATES, APC**
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
Office: (949) 270-2798
Email: rnathan@nathanlawpractice.com

Ross Cornell, Esq. (SBN 210413)
**LAW OFFICES OF ROSS CORNELL, APC**
P.O. Box 1989 #305
Big Bear Lake, CA 92315
Office: (562) 612-1708
Email: rc@rosscornelllaw.com

Attorneys for Plaintiff, CHARLES OROZCO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES OROZCO, on behalf of himself and all similarly situated persons,<br><br>Plaintiff,<br>v.<br><br>POLITICO LLC, a Delaware limited liability company,<br><br>Defendant. | Case No.: 5:26-cv-03560-JGB-ACCV<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE CLASS CLAIMS PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff, CHARLES OROZCO ("Plaintiff") hereby dismisses this action in its entirety with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims.

Dated: October 6, 2026

Respectfully submitted,

**NATHAN & ASSOCIATES, APC**

By: s/ Reuben D. Nathan
Reuben D. Nathan, Esq.
Email: rnathan@nathanlawpractice.com
2901 W. Coast Hwy., Suite 200
Newport Beach, California 92663
Telephone: (949)270-2798

**LAW OFFICES OF ROSS CORNELL, APC**
Ross Cornell, Esq. (SBN 210413)
P.O. Box 1989 #305
Big Bear Lake, CA 92315
Office: (562) 612-1708
Email: rc@rosscornelllaw.com

*Attorneys for Plaintiff*